IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIMBERLIE R. SHELDON,

    Plaintiff,

v.                                 CIVIL ACTION NO. 3:23-cv-00845-RCY

EQUIFAX INFORMATION SERVICES, LLC, *et al.*

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff KIMBERLIE R. SHELDON and Defendant EQUIFAX INFORMATION SERVICES, LLC *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated: May 2, 2024                    Respectfully submitted:

**KIMBERLIE R. SHELDON**

*/s/Drew D. Sarrett*
Drew D. Sarrett, VSB #81658
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, VA 23219
Telephone: (804) 905-9900
Email: drew@clalegal.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff*

**EQUIFAX INFORMATION SERVICES, LLC**

By: */s/*John W. Montgomery, Jr.
John W. Montgomery, Jr., VSB #37149
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
Email: jmontgomery@tmande.com

*Counsel for Defendant Equifax Information Services LLC*