IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIMBERLIE R. SHELDON,

        Plaintiff,

v.                                                 CIVIL ACTION NO. 3:23-cv-845

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*

        Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Kimberlie R. Sheldon, by counsel, hereby notifies the Court that she has reached a settlement that resolves her claims against Defendants Experian Information Solutions, Inc. and Trans Union, LLC ("Defendants").

Plaintiff is diligently working with Experian Information Solutions, inc. and Trans Union, LLC to finalize their respective settlement agreements. Pending execution of those agreements, Plaintiff and Defendants shall timely file the proper form of dismissal.

Dated: June 6, 2024                                  Respectfully submitted:

                                                             **KIMBERLIE R. SHELDON**

                                                             */s/Drew D. Sarrett*
                                                             Drew D. Sarrett, VSB #81658
                                                             Consumer Litigation Associates, P.C.
                                                             626 E. Broad Street, Suite 300
                                                             Richmond, VA  23219
                                                             Telephone: (804) 905-9900
                                                             Email:  drew@clalegal.com

                                                             Leonard A. Bennett, VSB #37523
                                                             Craig C. Marchiando, VSB #89736
                                                             Consumer Litigation Associates, P.C.
                                                             763 J. Clyde Morris Blvd., Suite 1-A
                                                             Newport News, VA 23601

Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for the Plaintiff*