IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIMBERLIE R. SHELDON,

        Plaintiff,

v.                               CIVIL ACTION NO. 3:23-cv-845

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*

        Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kimberlie R. Sheldon ("Plaintiff") and Defendants 1) Equifax Information Services, LLC; 2) Experian Information Solutions, Inc.; and 3) Trans Union, LLC (together, the "Defendants"), by and through their respective counsel, hereby stipulate and agree that the above-captioned action is *dismissed with prejudice*.

Dated: July 30, 2024

| | |
|---|---|
| */s/ Drew D. Sarrett* | */s/David N. Anthony* |
| Drew D. Sarrett (VSB No. 81658) | David N. Anthony (VSB No. 31696) |
| CONSUMER LITIGATION ASSOCIATES, P.C. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 626 E Broad Street | 1001 Haxall Point |
| Suite 300 | PO Box 1122 |
| Richmond, VA 23219 | Richmond, VA 23219 |
| T: (804) 905-9900 | T: (804) 697-5410 |
| F: (757) 930-3662 | F: (804) 698-5118 |
| drew@clalegal.com | david.anthony@troutman.com |
| *Counsel for Plaintiff Kimberlie R. Sheldon* | *Counsel for Experian Information Solutions, Inc.* |
| | |
| */s/ John W. Montgomery, Jr.* | */s/ Marc Kirkland* |
| John W. Montgomery, Jr. (VSB No. 37149) | Marc Kirkland (VSB No. 96234) |
| TRAYLOR MONTGOMERY & ELLIOTT PC | QUILLING SELANDER LOWNDS WINSLETT |
| 130 E Wythe St | MOSER |
| Petersburg, VA 23803 | |

T: 804-861-1122  
F: 804-733-6022  
Email: jmontgomery@tmande.com  
*Counsel for Equifax Information Services, LLC*

6900 N. Dallas Pkwy  
Suite 800  
Plano, TX 75024  
T: 214-560-5454  
F: 214-871-2111  
Email: mkirkland@qslwm.com  
*Counsel for Trans Union, LLC*